LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-395-0600
Fax: 415-395-8095
Email: michael.rubin@lw.com

Alexander C.K. Wyman (Bar No. 295339)
355 South Grand Avenue Suite 100
Los Angeles, CA 90071
213-485-1234
Fax: 213-891-8763
Email: alex.wyman@lw.com

Nicholas J. Boyle
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: nicholas.boyle@lw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant CoStar Group, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DYWANNA DRUMMER, ANTHONY D'ANTONIO, SCHALISE LEE, CYNTHIA RUBIO, and MARY LEE WALLACE, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

COSTAR GROUP, INC.,

Defendant.

Case No. 5:25-CV-01047-JGB-SP

**DEFENDANT COSTAR GROUP, INC.'S NOTICE OF MOTION TO DISMISS**

Date: October 20, 2025
Time: 9:00 AM PST
Judge: Hon. Jesus G. Bernal
Dept.: Riverside, Courtroom 1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 20, 2025 at 9:00 a.m., or the nearest available date on which counsel may be heard, before the Honorable Judge Jesus G. Bernal in Courtroom 1 of the above-referenced Court, located at George E. Brown, Jr. United States Courthouse, 3470 12th Street, Riverside, CA 92501, Defendant CoStar Group, Inc. ("CoStar") will, and hereby does, move to dismiss the Class Action Complaint for Violation of the California Invasion of Privacy Act (Cal. Penal Code § 638.51) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

CoStar's motion is based on the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action, all matters of which this Court may take judicial notice, and such additional papers and arguments as may be presented at or in connection with the hearing.

This Motion is made following the conference of counsel pursuant to Local Civil Rule 7-3, which took place on July 2, 2025, at which the parties were unable to resolve the substantive issues addressed in this Motion.

Dated: July 11, 2025

LATHAM & WATKINS LLP

By: /s/ *Michael H. Rubin*

Michael H. Rubin
Nicholas J. Boyle
Alexander C.K. Wyman

*Attorneys for Defendant CoStar Group, Inc.*