**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
Telephone: (504) 455-1400

Melissa H. Harris (admitted *pro hac vice*)
melissa.harris@ksfcounsel.com
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400

[*Additional counsel on signature page*]

*Counsel for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DYWANNA DRUMMER, et al.,<br>Plaintiffs,<br>v.<br>COSTAR GROUP, INC.<br>Defendant. | Case No. 5:25-cv-01047-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MEMORADUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT COSTAR GROUP, INC.'S MOTION TO DISMISS**<br><br>Date: October 20, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept: Riverside, Courtroom 1 |

Plaintiffs Dywanna Drummer, Anthony D'Antonio, Schalise Lee, Cynthia Rubio, and May Lee Wallace ("Plaintiffs") respectfully submit this Notice of Supplemental Authority in support of Plaintiffs' Memorandum of Points and Authorities in Opposition ("Opposition") to Defendant Costar Group, Inc.'s ("Defendant") Motion to Dismiss (the "Motion").

On September 4, 2025, the same day Plaintiffs filed their Opposition to the Motion, the attached Order was entered in *Deivaprakash v. Condé Nast Digital*, No. 3:25-cv-04021-RFL, 2025 U.S. Dist. LEXIS 172906 (N.D. Cal. Sept. 4, 2025). The court denied defendant's motion to dismiss in its entirety, holding, *inter alia*, that plaintiff had adequately pled that the third-party trackers were pen registers under CIPA, and that he had suffered injury caused by defendant.

A true and correct copy of the Order is attached as **Exhibit A** to this Notice.

Dated: September 8, 2025

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*

Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
Telephone: (504) 455-1400

Melissa H. Harris (admitted *pro hac vice*)
melissa.harris@ksfcounsel.com
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400

**DON BIVENS PLLC**
Don Bivens (admitted *pro hac vice*)
don@donbivens.com
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661

*Counsel for Plaintiffs and the Putative Class*