LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-395-0600
Fax: 415-395-8095
Email: michael.rubin@lw.com

Alexander C.K. Wyman (Bar No. 295339)
355 South Grand Avenue Suite 100
Los Angeles, CA 90071
213-485-1234
Fax: 213-891-8763
Email: alex.wyman@lw.com

Nicholas J. Boyle
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: nicholas.boyle@lw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant CoStar Group, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DYWANNA DRUMMER, et al.,

Plaintiffs,

v.

COSTAR GROUP, INC.,

Defendant.

Case No. 5:25-CV-01047-JGB-SP

**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND STAY PENDING RESOLUTION OF INTERLOCUTORY APPEAL**

Hon. Jesus G. Bernal

Pursuant to Local Civil Rules 7-1, Defendant CoStar Group, Inc. ("Defendant") and Plaintiffs Dywanna Drummer, Anthony D'Antonio, Schalise Lee, Cynthia Rubio, and Mary Lee Wallace (collectively "Plaintiffs") hereby stipulate and agree as follows:

**WHEREAS**, Defendant moved to dismiss the Complaint in this matter on July 11, 2025 (ECF No. 31);

**WHEREAS**, the Court denied Defendant's Motion to Dismiss on October 22, 2025 (ECF No. 41);

**WHEREAS**, Defendant filed its Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Stay Pending Resolution of Interlocutory Appeal (the "Motion") on December 22, 2025;

**WHEREAS**, on December 15, 2025, pursuant to Local Rule 7-3, the Parties met and conferred regarding the bases for Defendant's Motion and discussed a proposed briefing schedule;

**WHEREAS**, the parties have agreed to propose the following briefing schedule and hearing date to the Court:

1. Defendant filed its Motion on December 22, 2025.
2. Plaintiffs shall file their opposition, if any, by January 21, 2026.
3. Defendant shall file its reply, if any, by February 4, 2026.
4. The hearing on Defendant's Motion shall be held on February 23, 2026 at 9:00 a.m. PT.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their undersigned counsel of record, and subject to the approval of the Court,

**IT IS SO STIPULATED AND AGREED**.

Dated: December 22, 2025

LATHAM & WATKINS LLP

By: */s/ Michael H. Rubin*

Michael H. Rubin (SBN 214636)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
michael.rubin@lw.com

Alexander C.K. Wyman (SBN 295339)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Email: alex.wyman@lw.com

Nicholas J. Boyle
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202-637-2200
Email: nicholas.boyle@lw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant CoStar Group, Inc.*

Dated: December 22, 2025

KAHN SWICK AND FOTI LLC

By: */s/ Melissa H. Harris*

Kim Elaine Miller (SBN 178370)
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (504) 455-1400
kim.miller@ksfcounsel.com

Melissa H. Harris
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
melissa.harris@ksfcounsel.com

Lewis S. Kahn
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
lewis.kahn@ksfcounsel.com

*Attorneys for Plaintiffs*

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: December 22, 2025

*/s/ Michael H. Rubin*
Michael H. Rubin