UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DYWANNA DRUMMER; et al.,

      Plaintiffs - Respondents,

  v.

COSTAR GROUP, INC.,

      Defendant - Petitioner.

No. 26-1160

D.C. No.
5:25-cv-01047-JGB-SP
Central District of California,
Los Angeles

ORDER

Before: OWENS and BUMATAY, Circuit Judges.

The motion (Docket Entry No. 5) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).